# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148522

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                   SC: 148522
                                   COA: 312483

TIMOTHY THOMAS,
       Defendant-Appellant.
                                   Wayne CC: 12-002208-FC

_____/

       On order of the Court, the application for leave to appeal the December 17, 2013 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals to the extent that it affirmed the lower court's order for the payment of a specific amount of restitution, we VACATE the sentence of the Wayne Circuit Court insofar as it ordered the defendant to pay restitution in the amount of $35,000, and we REMAND this case to the circuit court to conduct an evidentiary hearing to determine the appropriate amount of restitution to be paid by the defendant. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.

       We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2014 _____



s0514

                                             Clerk